# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANTHONY SCOTT,  : No. 153 EM 2014

Petitioner  :

v.  :

THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,  :

Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.